**Frank A. Scanga, Esq. (FS 1460)**
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

**Attorney for Defendants: 233 Broadway Owners LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

06CV1520
06CV5339

IN WHICH 233 BROADWAY OWNERS LLC
PARTIES ARE DEFENDANTS
-----------------------------------------------------------------X

21 MC 102(AKH)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

SIRS:

Defendants, 233 Broadway Owners LLC by their attorney, Frank A. Scanga, Esq, are privately held companies. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
July 31, 2007

                                    FRANK A. SCANGA, ESQ.
                                    Attorney for Defendants,
                                    233 Broadway Owners LLC
                                    477 Madison Avenue
                                    21st Floor
                                    New York, New York 10022
                                    (212) 758-4040

                       By:    _____
                                  Frank A. Scanga (FS 1460)