UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102(AKH)
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION           NOTICE OF
                                           APPEARANCE

------------------------------------------------------------------X

    To the Clerk of the Court and all parties of record:

    Enter appearance of the undersigned as counsel in this case for defendants, 233 Broadway Owners LLC.

    The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       October 5, 2007

                              FRANK A. SCANGA, ESQ.
                              Attorney for Defendants,
                              233 Broadway Owners LLC
                              477 Madison Avenue
                              21st Floor
                              New York, New York 10022
                              (212) 758-4040

             By:       _____
                        Frank A. Scanga (FS 1460)